UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| SANDRA KIRBY ]<br>   Plaintiff ]<br>]<br>v. ]<br>]<br>EXPERIAN INFORMATION SOLUTIONS, INC. ]<br>CHASE BANK, USA ]<br>   Defendants ]<br>] | 3:13-CV-374-JAG<br><br>**JURY DEMANDED** |

### NOTICE OF DISMISSAL AS TO CHASE BANK, USA

COMES NOW the plaintiff, by counsel, and files this NOTICE OF DISMISSAL as to CHASE BANK, USA ONLY WITH PREJUDICE pursuant to Fed.R.Civ.P. 41[a][1][A][i], and says that Chase has not filed an answer.

**SO ORDERED**

11/12/13 /s/
John A. Gibney, Jr.
United States District Judge

Sandra Kirby

/s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esq. VSB#43538
JKrumbein@KrumbeinLaw.com (e-mail)
Counsel for Plaintiff
5310 Markel Rd. Suite 102
Richmond, VA 23230
804.303.0204
804.303.0209 (fax)

---

Jason M. Krumbein, Esq. VSB#43538
Counsel for Sandra Kirby
5310 Markel Rd. Suite 102
Richmond, VA 23230
804.303.0204
804.3030209 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)

Page 1